**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**UNITED STATES OF AMERICA**                                                                                        **PLAINTIFF**

**VS.**                                                                                   **CRIMINAL ACTION NO.   3:10CR-51-CRS**

**ROBERT JORDAN - 12**                                                                                                    **DEFENDANT**

**ACCEPTANCE OF PLEA OF GUILTY,**
**ADJUDICATION OF GUILT, AND**
**NOTICE OF SENTENCING**

Pursuant to the Report and Recommendation of Magistrate Judge James D. Moyer, the plea of guilty by the Defendant to Count 1 of the Second Superseding Indictment is hereby accepted, and the Defendant is adjudged guilty of such an offense.

Sentencing is set on **MARCH 12, 2013 at 11:00 a.m**. before the undersigned.

December 7, 2012

**Charles R. Simpson III, Judge**
**United States District Court**

Copies to:
United States Attorney
U.S. Probation Officer
Counsel for Defendant